**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7503**

———————

MICHAEL A. LEE,

             Plaintiff - Appellant,

        v.

LORENZO GUAVARA, Assistant Health Services Administrator; P. A.
HAMME, Physicians Assistant; P. A. FAYTONG, Physicians
Assistant; AMY WILLIAMS, X-Ray Technician; UNITED STATES OF
AMERICA,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort. Margaret B. Seymour, District Judge.
(9:06-cv-01947-MBS)

———————

Submitted: March 19, 2008          Decided: April 11, 2008

———————

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael A. Lee, Appellant Pro Se. Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Lee appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny Lee's motion for appointment of counsel and affirm for the reasons stated by the district court. Lee v. Guavara, No. 9:06-cv-01947-MBS (D.S.C. Sept. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED